IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIMBERLY MONTGOMERY                                                                         PLAINTIFF

vs.                                      Civil No. 4:06-CV-04074

MICHAEL J. ASTRUE                                                                           DEFENDANT
Commissioner, Social Security Administration

**JUDGMENT**

Comes now the Court on this the 14th day of June, 2007, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                    /s/   Barry A. Bryant
                                                    Honorable Barry A. Bryant
                                                    United States Magistrate Judge